UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Thomas Rodney Murphy,

    Plaintiff,

v.                                          Case No. 15-11723

Nationstar Mortgage LLC,          Sean F. Cox
                                          United States District Court Judge

    Defendant.
_____/

## ORDER
## ACCEPTING AND ADOPTING
## DECEMBER 8, 2015  REPORT & RECOMMENDATION

    Plaintiff filed this action in state court and it was removed to this Court.  Thereafter, Defendants filed a Motion to Dismiss.  This Court referred the Motion to Dismiss to Magistrate Judge Mona Majzoub for issuance of a report and recommendation.

    On December 8, 2015, Magistrate Judge Majzoub issued a Report and Recommendation (Docket Entry No. 12) wherein she recommends that this Court grant Defendants' Motion to Dismiss and dismiss this action but deny Defendant's motion for costs and attorney fees.

    Pursuant to FED. R. CIV. P. 72(b), a party objecting to the recommended disposition of a matter by a Magistrate Judge must filed objections to the R&R within fourteen (14) days after being served with a copy of the R&R.  "The district judge to whom the case is assigned shall make a *de novo* determination upon the record, or after additional evidence, of any portion of the magistrate judge's disposition to which specific written objection has been made."  *Id*.

    No party has filed objections to the R&R and the time permitted for filing objections to the R&R has passed.

1

The Court hereby ADOPTS the December 8, 2015 Report and Recommendation. IT IS ORDERED that Defendants' Motion to Dismiss is GRANTED to the extent that the Court Dismisses this action. It is DENIED in all other respects.

IT IS SO ORDERED.

                                                        S/Sean F. Cox
                                                        Sean F. Cox
                                                        United States District Judge

Dated: January 6, 2016

I hereby certify that a copy of the foregoing document was served upon counsel of record on January 6, 2016, by electronic and/or ordinary mail.

                                                         S/Jennifer McCoy
                                                        Case Manager